■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE MOORE, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment reversed and petition dismissed (see *Matter of Utsey v New York State Bd. of Parole,* 89 AD2d 965). All concur, Simons, J., not participating. (Appeal from judgment of Supreme Court, Wyoming County, Conable, J. — habeas corpus.) Present — Dillon, P. J., Simons, Doerr, Boomer and Moule, JJ.

■ FRANCIS T. CUDA, Respondent-Appellant, v UTICA MUTUAL INSURANCE COMPANY, Defendant, and GEORGE ABDELLA, Appellant-Respondent. — Order affirmed, with costs to plaintiff, for the reasons stated in the memorandum decision at Special Term, Murphy, J. As to plaintiff's cross appeal, we note that the interest penalty provided for in subdivision 1 of section 675 of the Insurance Law may not be assessed against other than the insurer. All concur, Simons, J., not participating. (Appeals from order of Supreme Court, Herkimer County, Murphy, J. — attorney's fee.) Present — Dillon, P. J., Simons, Doerr, Boomer and Moule, JJ.

■ FRANK PFALZER, Respondent, v ROY F. HARLOFF, Appellant. — Judgment affirmed, with costs. All concur, Simons, J., not participating. Memorandum: The Trial Justice properly admitted parol evidence to aid in the construction of the description contained in the contract of sale (*Mullen v Washburn,* 224 NY 413, 418; *Coleman v Manhattan Beach Improvement Co.,* 94 NY 229, 232; *Pettit v Shepard,* 32 NY 97, 104; *Smith v Slocum,* 71 AD2d 1058, 1059). The parol evidence indicated that defendant, Roy Harloff, intended to sell all of his farm, which then consisted of approximately 150 acres, including the 22 acres south of Stegman Road. This parol evidence was consistent with the description in the contract which called for the sale of "[t]he Roy Harloff farm, so-called * * * consisting of about 150 acres of land". (Appeal from judgment of Supreme Court, Erie County, Gossel, J. — specific performance.) Present — Dillon, P. J., Simons, Doerr, Boomer and Moule, JJ.